IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**JOE RHODES,**

    Plaintiff,

v.

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

No. 3:17-cv-00747-MO

ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412, AND COSTS, PURSUANT TO 28 U.S.C. § 1920

**MOSMAN, J.,**

Based upon the parties' Stipulation [27], IT IS ORDERED that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $11,921.58, to Plaintiff in care of his attorney, Nancy J. Meserow. The check for EAJA fees shall be made payable to Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney Nancy J. Meserow, after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). In addition, Plaintiff is awarded $10.00 in postage expenses and $5.00 in photocopying costs pursuant to 28 U.S.C. § 1920. Any check issued for

1 – ORDER

EAJA fees or for costs shall be sent to Plaintiff in care of his attorney, Nancy J. Meserow, at her office, located at the following address:

Law Office of Nancy J. Meserow
7540 SW 51st Ave.
Portland, OR, 97219.

DATED this 29 day of June, 2018.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
Chief United States District Judge