Nancy J. Meserow, OSB# 820895
njm@meserolaw.com
Law Office of Nancy J. Meserow
7540 S.W. 51st Ave.
Portland, Oregon 97219
Ph. 503-560-6788   Fax 503-954-1517
Plaintiff's Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOE RHODES | CV# 3:17-CV-00747-MO |
| Plaintiff, | |
| v. | ORDER FOR ATTORNEY FEES UNDER 42 U.S.C § 406(B) |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to U.S.C. § 406(b), reasonable fees in the amount of $21,304.50 are hereby awarded to Plaintiff's attorney, Nancy J. Meserow, less previously ordered EAJA fees in the amount of $11,921.58 for a net award of $9,382.92 to Ms. Meserow as full settlement of all attorney fees pursuant to 42 U.S.C. § 406(b), minus any applicable processing fees as allowed by statute. These attorney fees comprise no more than 25% of Plaintiff's past-due benefits, pursuant to 42 U.S.C. 406(b) (1) (A).

IT IS SO ORDERED this ____11th____ day of __Mar__, 2021.

_____
Michael Mosman,
U.S. DISTRICT COURT JUDGE